PD-1358&1359&1360&1361-15

PD-1358_1361-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/19/2015 11:07:56 AM
Accepted 10/19/2015 4:20:58 PM
ABEL ACOSTA
CLERK

No. _____

_____

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

_____

APPEAL FROM THE FOURTEENTH COURT OF APPEALS OF TEXAS
No. 14-14-00307-CR
No. 14-14-00308-CR
No. 14-14-00309-CR
No. 14-14-00310-CR

_____

## Eric Lynn Baumgart
*Appellant*

VERSUS

## The State of Texas
*Appellee*

_____

# MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

_____

Respectfully submitted by:

**Michael D. Gillespie**
Texas Bar Card No. 07926500
226 Sheldon Road
Channelview, Texas 77530
Tel. 281-457-9999
Fax. 281-457-0990

*Attorney for*:
Eric Lynn Baumgart
Appellant

FILED IN
COURT OF CRIMINAL APPEALS

October 19, 2015

ABEL ACOSTA, CLERK

# IDENTITY OF THE PARTIES AND COUNSEL

**Appellant: Eric Lynn Baumgart**

Counsel for Appellant:   **Michael D. Gillespie**
Texas Bar Card No. 07926500

226 Sheldon Road
Channelview, Texas 77530
Tel. 281-457-9999
Fax. 281-457-0990
Email: 226sheldon@gmail.com

**Appellee: The State of Texas**

Counsel for Appellee:   **Devon D. Anderson**
Texas Bar Card No. 20839600
**Daniel McCrory**
Texas Bar Card No. 13489950

District Attorney's Office
1201 Franklin, Suite 600
Houston, Texas 77002
Tel. 713-755-5826
Fax. 713-755-5809
Email: mccrory_daniel@dao.hctx.net

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

INTO COURT COMES, ERIC LYNN BAUMGART, the Appellant, through the undersigned Attorney, who files this motion and would respectfully show the Court as follows:

## PROCEDURAL SUMMARY

1.     This case is an appeal of a judgment from the Fourteenth Court of Appeals of Texas in the cases styled *Eric Lynn Baumgart v. The State of Texas* that were assigned Cause Numbers 14-14-00307-CR, 14-14-00308-CR, 14-14-00309-CR, and 14-14-00310-CR.

1.     On Tuesday-June 30, 2015 the Court of Appeals entered a judgment against Appellant and a motion for rehearing was timely filed on Wednesday-July 15, 2015.

2.     On Thursday-August 6, 2015 the Court of Appeals denied Appellant's motion for rehearing. A motion for *en banc* reconsideration was timely filed on Friday-August 14, 2015.

3.     On Thursday-September 24, 2015 the Court of Appeals denied Appellant's motion for *en banc* reconsideration.

2.     The deadline for Appellant to file a petition for discretionary review

pursuant to Tex. R. App. P. § 68 is Monday-October 26, 2015.

3.     Appellant intends to file a petition for discretionary review seeking relief from the Court of Criminal Appeals.

## REQUEST FOR EXTENSION OF TIME

4.     Pursuant to Tex. R. App. P. § 68.2(c), Appellant requests the Court to extend the deadline for Appellant to file a petition for discretionary review until Monday-November 30, 2015.

5.     There have been no previous extensions requested or granted.

## GROUNDS FOR EXTENSION OF TIME

6.     The attorney for Appellant is diligently working on the petition for discretionary review in these cases, but additional time to finish the petition is necessary to adequately represent Appellant's interests.

7.     Appellant's attorney has been and is simultaneously working on numerous cases with trial settings and urgent deadlines, including:

1.     *Oscar Macias, et al v. Esteban Izazaga, et al*, in the 295th District Court of Texas (Harris County) under Cause Number 2012-19236, that is scheduled for trial beginning Monday-November 16, 2015;

2.     *Ricardo Rodriguez Lara v. Leslie Dee Lowry Foreman*, in the County

Civil Court at Law Number One for Harris County Texas under Cause Number 1058065, that is scheduled for trial beginning Monday-October 19, 2015;

3.    *The Guardianship of Creighton Mills, an Incapacitated Person*, in the Probate Court Number Four for Harris County Texas under Cause Number 433828, that was scheduled for trial on Wednesday-October 14, 2015;

4.    *The State of Texas v. Ronald Dean Giesler*, in the 338th District Court of Texas (Harris County) under Cause Number 1479171, in which a grand jury brief was due by Tuesday-October 13, 2015;

5.    *In the Interest of Edward Cater, A Child*, in the 245th District Court of Texas (Harris County) under Cause Number 2014-04166, that was scheduled for trial beginning Monday-October 12, 2015;

6.    *In the Matter of the Marriage of Melanie Dawn Christopher and James Daniel Sheppeard*, in the 245th District Court of Texas (Harris County) under Cause Number 2014-16015, that was scheduled for trial beginning on Tuesday-October 6, 2015; and

7.    *ARCI, Ltd v. Construction Supervisors, Inc, et al*, in the 269th District Court of Texas (Harris County) under Cause Number 2015-18442, in which discovery was due by Monday-October 5, 2015.

8.    This request is not made to unjustly delay the proceedings, but is made in the interests of justice.

Respectfully submitted by:

_____

**Michael D. Gillespie**
Texas Bar Card No. 07926500
226 Sheldon Road
Channelview, Texas 77530
Tel. 281-457-9999
Fax. 281-457-0990

*Attorney for*:
Eric Lynn Baumgart
Appellant

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(d) of the Texas Rules of Appellate Procedure, it is certified that a true copy of these papers were served on the following parties:

**Harris County District Attorney**
Appellate Division
1201 Franklin Street, Suite 600
Houston, Texas 77002
Via:  *Email to curry_alan@dao.hctx.net*
       *Email to mccrory_daniel@dao.hctx.net*

_____

**Michael D. Gillespie**
Texas Bar Card No. 07926500